IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **CHEMFREE CORPORATION**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action |
| ) | No. 1:11-cv-03333-RWS |
| **J. WALTER, INC.**, and ) | |
| **J. WALTER COMPANY, LTD.**, ) | |
| ) | |
| Defendants/ ) | |
| Third-Party Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| **ZYMO INTERNATIONAL, INC.**, ) | |
| ) | |
| Third-Party Defendant. ) | |

## STATUS REPORT

In accordance with this Court's October 4, 2012 Order [Dkt. No. 83], the parties hereby provide the Court with a Status Report. ChemFree and Walter believe that they have reached an agreement in principle and are working to finalize the agreement between themselves and with ZYMO.

**I.  STATUS REPORT**

The Court granted four extensions of the stay and directed the parties to

promptly inform the Court regarding the status of settlement in this case. In accordance therewith, ChemFree and Walter state that they believe that they have reached an agreement in principle. They also believe that ZYMO will be of like mind and are in the process of conferring with ZYMO. ChemFree and Walter believe the matter will be resolved by Monday, October 29, 2012.

The parties respectfully submit that the Court need not schedule a status conference as the parties continue to finalize settlement. If for any reason the settlement is <u>not</u> finalized, the parties will promptly inform the Court.

Respectfully submitted,

McKeon, Meunier, Carlin & Curfman, LLC

/s/ Stephen M. Schaetzel
Stephen M. Schaetzel
Georgia State Bar No. 628653
*sschaetzel@m2iplaw.com*
Anthony B. Askew
Georgia State Bar No. 025300
*taskew@m2iplaw.com*
817 W. Peachtree Street, Ste. 500
Atlanta, GA 30308
Telephone: (404) 645-7724
Attorneys for J. WALTER, INC., and J. WALTER COMPANY, LTD.

Approved and Consented to:
Duane Morris LLP


/s/ David M. Maxwell_____
David M. Maxwell
   *dmmaxwell@duanemorriscom*
1075 Peachtree Street, N.E.
Suite 2000
Atlanta, Georgia 30309
Telephone: (404) 253-6900
Attorney for CHEMFREE
CORPORATION

## CERTIFICATE OF COMPLIANCE

Pursuant to LR 7.1D, the undersigned counsel hereby certifies that the foregoing complies with the font and point selections approved by the Court in LR 5.1B and 5.1C.  The foregoing pleading was prepared on a computer using the Times New Roman font (14 point).

/s/ Stephen M. Schaetzel
Stephen M. Schaetzel

**CERTIFICATE OF SERVICE**

This is to certify that I have this 23rd day of October, 2012, electronically filed the within and foregoing CONSENT MOTION FOR THRID EXTENSION OF STAY with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

David M. Maxwell
Duane Morris LLP
dmmaxwell@duanemorris.com
1075 Peachtree Street, N.E.
Suite 2000
Atlanta, Georgia 30309

Jack N. Sibley
Hawkins Parnell Thackston & Young
jsibley@hptylaw.com
4000 SunTrust Plaza
303 Peachtree Street Northeast
Atlanta, Georgia 30308

/s/ Stephen M. Schaetzel
Stephen M. Schaetzel

MCKEON, MEUNIER, CARLIN & CURFMAN LLC
817 West Peachtree Street, Northwest, Suite 500
Atlanta, Georgia 30308
(404) 645-7724
(404) 645-7707 (facsimile)
sschaetzel@m2iplaw.com
taskew@m2iplaw.com                    Attorneys for Defendants and

Third-Party Plaintiff